

Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322

December 21, 2023                                                               File No. 37986.8688

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Espinal v. Trek Bicycle Corporation*
      Case No. 1:23-cv-8294-MKV-SDA

Dear Judge Vyskocil:

I represent the defendant in this matter. I write with the consent of plaintiff's counsel to notify the Court that the parties have agreed on a settlement in principle and to request that all future deadlines, including the deadline for Defendant's Answer due January 11, 2024 (Dkt. No. 10), be suspended *sine die*. The parties intend to finalize the settlement and submit a proposed consent decree for Court approval within the next 30 days.

Thank you for your attention to this matter.

Respectfully,

*Peter T. Shapiro*

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:mf

cc: Counsel for Plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

133348901.1